UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALFRED TREADWELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2096** |
| **LOUISIANA DEPT. OF CORR., ET AL.** | **SECTION "S"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Louisiana Department of Public Safety and Corrections and the St. Tammany Parish Sheriff's Office are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, this 27th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE